United States Courts
Southern District of Texas
FILED
*August 19, 2026*
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. H-26** |
| | § | |
| **1) TRYSTON TREMAINE VAUGHN** | § | **4:26-cr-542** |
| **2) CATHERINE CLAUZELLE KILPATRICK** | § | |
| **3) DRAKKOR JAMAR ALEXANDER** | § | |
| **4) MALCOLM TIREE JOUBERT** | § | |
| **5) ALYSSA NADINE BRYANT** | § | |

# INDICTMENT

The United States Grand Jury charges:

At all times material herein:

1. The Federal Deposit Insurance Corporation (FDIC) was an agency of the federal government which insured the deposits of member banks against loss up to $100,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2. JPMorgan Chase Bank, N.A, including its branches, was a financial institution, the deposits of which were insured by the FDIC.

3. Amegy Bank, a division of Zions Bancorporation, N.A., including its branches, was a financial institution, the deposits of which were insured by the FDIC.

4. Citibank, NA, including its branches, was a financial institution, the deposits of which were insured by the FDIC.

5. BMO Harris Bank, N.A., now operating as BMO Bank N.A., including its branches, was a financial institution, the deposits of which were insured by the FDIC.

6. Stellar Bank, including its branches, was a financial institution, the deposits of which were insured by the FDIC.

7. Defendant TRYSTON TREMAINE VAUGHN and others known and unknown to the Grand Jury conspired together and with the intent to defraud, participated in a scheme to defraud banks of moneys by stealing checks from the United States Mails and reselling them.

8. VAUGHN was a resident of Houston, within the Southern District of Texas. VAUGHN recruited United States Postal Service mail carriers to steal mail matter from their routes.

9. VAUGHN was assisted by ALYSSA NADINE BRYANT and other unknown co-conspirators known and unknown to the Grand Jury, to purchase stolen checks from United States Postal Employees.

10. BRYANT was a resident of Houston, within the Southern District of Texas. She conspired with VAUGHN in purchasing the stolen checks, then selling them via a Telegram Channel and shipping the stolen checks via FedEx to buyers.

11. Telegram (also known as Telegram Messenger) is a cloud-based, cross-platform social media and instant messaging (IM) service.

12. CATHERINE CLAUZELL KILPATRICK was a United States Postal Service mail carrier within the Southern District of Texas when recruited by VAUGHN to steal mail.

13. DRAKKOR JAMAL ALEXANDER is a United States Postal Service mail carrier and was recruited by VAUGHN to steal mail.

14. MALCOLM TIREE JOUBERT is a United States Postal Service mail carrier within the Southern District of Texas when recruited by VAUGHN to steal mail.

**COUNT 1**
**Conspiracy to Commit Bank Fraud - 18 U.S.C. § 1349**

15. The Grand Jury adopts, re-alleges, and incorporates the allegations in paragraphs 1-14 as if set out fully herein.

16. From on or about October 6, 2022, and continuing until the date of this indictment, in the Houston Division of the Southern District of Texas and elsewhere,

**TRYSTON TREMAINE VAUGHN (1)**
**CATHERINE CLAUZELLE KILPATRICK (2)**
**DRAKKOR JAMAR ALEXANDER (3)**
**MALCOLM TIREE JOUBERT (4)**
**ALYSSA NADINE BRYANT (5)**

Defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with one or more persons known and unknown to the Grand Jury to execute and attempt to execute a scheme and artifice to defraud Chase Bank, Amegy Bank, Citibank, B.M.O Bank, and Stellar Bank, financial institutions the accounts of which were insured by the FDIC, to obtain money, funds, and property under the custody and control of the above-listed financial institutions, by means of material false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Section 1344 (Bank Fraud).

**Manner and Means of the Scheme to Defraud and Overt Acts**

17. In furtherance of this conspiracy and to effect the objects thereof, the Defendant and other co-conspirators used the following manner and means, among others:

a. VAUGHN recruited United States Postal Service mail carriers to steal mail, specifically checks, from the mail carriers' routes. VAUGHN later resold the stolen checks to buyers on a Telegram channel.

b. On or about October 23, 2023, KILPATRICK, working in Houston, Texas as a United States Postal Service mail carrier, did steal mail, including a check for $9,858.01 issued from a Chase Bank Account. KILPATRICK then sold the checks to VAUGHN for payment.

c. On or about March 14, 2024, ALEXANDER, working in Houston, Texas as a United States Postal Service mail carrier, did steal mail, including a check for $16,636.54 drawn from an Amegy Bank Account. ALEXANDER then sold the stolen checks to VAUGHN for payment.

d. On May 15, 2024, JOUBERT, working in Houston, Texas as a United States Postal Service mail carrier, did steal mail, including a check for $1,517,875.27 drawn from a B.M.O. Bank Account. JOUBERT then sold the stolen checks to VAUGHN for payment.

e. VAUGHN, helped by BRYANT and other co-conspirators known and unknown to the Grand Jury, would meet the postal employee to purchase the stolen checks.

f. VAUGHN and his co-conspirators then posted the stolen checks for sale on a Telegram channel titled “slipsandchips.”.

g. VAUGHN and his co-conspirators then mailed the stolen checks to purchasers via FedEx.

h. On April 22, 2024, VAUGHN mailed a stolen check to a purchaser from the Telegram channel. The stolen check was for $79,894.60 and was drawn from a Citibank account.

i. On September 27, 2024, VAUGHN and BRYANT mailed a stolen check to a purchaser from the Telegram channel. The stolen check was for $25,007.25 and was drawn from a Stellar Bank Account.

j. The defendants and their co-conspirators unlawfully acquired and sold stolen checks totaling approximately $23,973,338.15.

18. In furtherance of the conspiracy, and to effect the objects thereof, the conspirators performed and caused to be performed, among others, the overt acts in Paragraph 17 above and listed below in Counts Two through Six of this Indictment.

In violation of Title 18, United States Code, Sections 1349 and 1344.

**COUNTS 2- 6**
**Bank Fraud - 18 U.S.C. § 1344**

19. The Grand Jury adopts, realleges, and incorporates herein the allegations in paragraphs 1- 18 of the Indictment as if set out fully herein.

20. From on or about October 23, 2023 and continuing until at least on or about September 27, 2024, in the Houston Division of the Southern District of Texas and elsewhere,

**TRYSTON TREMAINE VAUGHN (1)**
**CATHERINE CLAUZELLE KILPATRICK (2)**
**DRAKKOR JAMAR ALEXANDER (3)**
**MALCOLM TIREE JOUBERT (4)**
**ALYSSA NADINE BRYANT (5)**

Defendants herein, did knowingly execute and attempt to execute a scheme and artifice to defraud Chase Bank, Amegy Bank, Citibank, B.M.O Bank, and Stellar Bank, financial institutions the deposits of which were insured by the FDIC, to obtain moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of material false and fraudulent pretenses, representations, and promises as further set forth in the counts below.

| COUNT | DATE | AMOUNT OF CHECK | DESCRIPTION OF CHECK | DEFENDANTS |
|---|---|---|---|---|
| **TWO** | October 23, 2023 | $9,858.01 | Drawn from a Chase Bank Account | **TRYSTAN VAUGHN (1)**<br><br>**CATHERINE CLAUZELLE KILPATRICK (2)** |
| **THREE** | March 14, 2024 | $16,636.54 | Drawn from an Amegy Bank Account | **TRYSTAN VAUGHN (1)**<br><br>**DRAKKOR JAMAR ALEXANDER (3)** |

| COUNT | DATE | AMOUNT OF CHECK | DESCRIPTION OF CHECK | DEFENDANTS |
|---|---|---|---|---|
| **FOUR** | April 22, 2024 | $79,894.60 | Drawn from a Citibank Bank Account | **TRYSTAN VAUGHN (1)** |
| **FIVE** | May 15, 2024 | $1,517,875.27 | Drawn from a B.M.O. Bank Account | **TRYSTAN VAUGHN (1)**<br><br>**MALCOLM TIREE JOUBERT (4)** |
| **SIX** | September 27, 2024 | $25,007.25 | Drawn from a Stellar Bank Account | **TRYSTAN VAUGHN (1)**<br><br>**ALYSSA NADINE BRYANT (5)** |

**In violation of Title 18, United States Code, Sections 1344 and 2.**

## COUNT SEVEN
**Theft of Mail Matter by Postal Employee - by 18 U.S.C. § 1709**

On or about October 23, 2023, in the Houston Division of the Southern District of Texas,

**CATHERINE CLAUZELLE KILPATRICK (2)**

Defendant herein, being a United States Postal Service employee, did then and there steal, abstract, or remove from the mail a check for $9,858.01, and said check was part of mail matter entrusted to the Defendant and which was intended to be conveyed by mail.

**In violation of Title 18, United States Code, Section 1709.**

## COUNT EIGHT
**Theft of Mail Matter by Postal Employee - 18 U.S.C. § 1709**

On or about March 14, 2024, in the Houston Division of the Southern District of Texas,

**DRAKKOR JAMAR ALEXANDER (3)**

Defendant herein, being a United States Postal Service employee, did then and there steal, abstract, and remove from the mail a check for $16,636.54, and said check was part of mail matter entrusted to the Defendant and which was intended to be conveyed by mail.

**In violation of Title 18, United States Code, Section 1709.**

**COUNT NINE**
**Theft of Mail Matter by Postal Employee - 18 U.S.C. § 1709**

On or about May 15, 2024, in the Houston Division of the Southern District of Texas,

**MALCOLM TIREE JOUBERT (4)**

Defendant herein, being a United States Postal Service employee, did then and there steal, abstract, and remove from the mail a check for $1,517,875.27, and said check was part of mail matter entrusted to the Defendant and which was intended to be conveyed by mail.

**In violation of Title 18, United States Code, Section 1709.**

**NOTICE OF FORFEITURE**
**18 U.S.C. § 982(a)(6)**

Pursuant to Title 18, United States Code, Section 982(a)(6), the United States gives notice to the defendants,

**TRYSTON TREMAINE VAUGHAN (1)**
**CATHERINE CLAUZELLE KILPATRICK (2)**
**DRAKKOR JAMAR ALEXANDER (3)**
**MALCOLM TIREE JOUBERT (4)**
**ALYSSA BRYANT (5)**

that in the event of conviction of the offenses charged in Counts One through Nine of this Indictment, the United States intends to seek forfeiture of all conveyances used in and of all property used to facilitate, or intended to be used to facilitate, the commission of the offenses.

**Money Judgment and Substitute Assets**

The United States gives notice that it will seek a money judgment against the defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendants up to the value of the property subject to forfeiture.

TRUE BILL

Original Signature on File

FOREPERSON OF THE GRAND JURY

AARON F. REITZ
UNITED STATES ATTORNEY

CELIA MOYER
Assistant United States Attorney