USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED
*August 19, 2026*
Nathan Ochsner, Clerk of Court

HOUSTON DIVISION

No. **4:26-cr-542**

USAO#: 2024R01345

MAG NO.

CRIMINAL INDICTMENT

Filed: Judge: **Hoyt**

UNITED STATES of AMERICA
vs.

ATTORNEYS:

| | |
|---|---|
| AARON F. REITZ, USA | (713) 567-9000 |
| CELIA MOYER, AUSA | (713) 567-9000 |

| | | Appt'd | Private |
|---|---|---|---|
| TRYSTON TREMAINE VAUGHN (Cts.1, 2-6) | | ☐ | ☐ |
| CATHERINE CLAUZELLE KILPATRICK (Cts.1, 2-6, 7) | | ☐ | ☐ |
| DRAKKOR JAMAR ALEXANDER (Cts.1, 2-6, 8) | | ☐ | ☐ |
| MALCOLM TIREE JOUBERT (Cts.1, 2-6, 9) | | ☐ | ☐ |
| ALYSSA NADINE BRYANT (Cts.1, 2-6) | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

Ct. 1: Conspiracy to Commit Wire Fraud [18 U.S.C. § 1349 and 1344]
Cts. 2-6: Bank Fraud [18 U.S.C. § 1344 and 2]
Ct. 7: Theft of Mail Matter by Postal Employee [18 U.S.C. § 1709]
Ct. 8: Theft of Mail Matter by Postal Employee [18 U.S.C. § 1709]
Ct. 9: Theft of Mail Matter by Postal Employee [18 U.S.C. § 1709]

Charges Total Counts (9)

**PENALTY:**
Ct. 1: Shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both, and a special assessment of $100.
Cts. 2-6: Shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both, and a special assessment of $100.
Ct. 7: Not more than 5 years, $250, 000 fine, and 3 years supervised release, and a special assessment of $100.
Ct. 8: Not more than 5 years, $250, 000 fine, and 3 years supervised release, and a special assessment of $100.
Ct. 9: Not more than 5 years, $250, 000 fine, and 3 years supervised release, and a special assessment of $100.

☐ In Jail

☐ On Bond

NAME & ADDRESS
of Surety

☑ No Arrest

## PROCEEDINGS:

| |
|---|
| |
| |
| |