United States District Court
Southern District of Texas
ENTERED
August 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No. 4:26-cr-542** |
| | § | |
| **TRYSTON TREMAINE VAUGHN** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**ORDER FOR ISSUANCE OF BENCH WARRANT**

A Criminal Indictment has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

Defendant
**TRYSTON TREMAINE VAUGHN**

Richmond, Texas 77406

- ☑ DETENTION
- ☐ RELEASE ON CONDITION
- ☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on August 19, 2026

Yvonne Y. Ho
UNITED STATES MAGISTRATE JUDGE